UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**MATTHEW SMITH**                                          **CIVIL ACTION**

**VERSUS**                                                 **NO. 24-779-RLB**

**THE BOARD OF SUPERVISORS FOR
LOUISIANA STATE UNIVERSITY AND
AGRICULTURAL AND MECHANICAL
COLLEGE, ET AL.**

### ORDER

A telephone status conference was held on February 27, 2025.

**PRESENT:**   Ronald K. Lospennato
               Counsel for Plaintiff

               Leslie P. Wells
               Counsel for Defendant

The parties discussed the status of this matter. Settlement negotiations remain ongoing and the parties believe that some additional time will assist them in resolving this matter. Accordingly, the Court will not issue a scheduling order at this time. **A telephone conference is set for 3/25/2025 at 11:00 AM to discuss the status of this matter. Counsel for plaintiff remains responsible for initiating the call to all parties then contacting the Court at 225-389-3602**. If a settlement is reached prior to the conference, a Notice of Settlement shall be filed in accordance with Local Rule 16(c).

Signed in Baton Rouge, Louisiana, on February 27, 2025.

_____
**RICHARD L. BOURGEOIS, JR.
UNITED STATES MAGISTRATE JUDGE**

C:cv38a; T: 00:15