## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **MATTHEW SMITH** | **CIVIL ACTION** |
| **VERSUS** | **NO. 24-779-RLB** |
| **THE BOARD OF SUPERVISORS FOR LOUISIANA STATE UNIVERSITY AND AGRICULTURAL AND MECHANICAL COLLEGE, ET AL.** | **CONSENT** |

### ORDER

Considering the Joint Notice of Settlement (R. Doc. 21),

**IT IS ORDERED** that this action is hereby dismissed without prejudice to the right, upon good cause shown within sixty (60) days, to reopen the action if the settlement is not consummated. As agreed upon by the parties, the Court will retain jurisdiction to interpret and enforce the settlement agreement.

**IT IS FURTHER ORDERED** that the telephone conference set for **April 1, 2025** is hereby **CANCELLED**.

Signed in Baton Rouge, Louisiana, on March 28, 2025.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　
　　　　　　　　　　　　　　　　　　　　　RICHARD L. BOURGEOIS, JR.
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE